UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEC TABAK,

                Plaintiff,

   -against-                              ORDER

BARSTOOL SPORTS, INC.,         20 Civ. 4189 (GBD) (RWL)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: August 17, 2020
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge